Philip R. Wooten
Arizona State Bar #007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ  85044
(480) 598-4330
(480) 598-4331 Fax
***Counsel for Trans Union LLC***

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CYNTHIA MACKOWIAK,<br><br>                Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>AND TRANS UNION LLC,<br><br>              Defendants. | Case No. _____<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>(Removed from McDowell Mountain Justice Court, Maricopa County, Case No. CC-2016-199257RC) |

Trans Union LLC ("Trans Union") files this, its Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof, would respectfully show the Court as follows:

## A.  Procedural Background

1.    On or about November 3, 2016, Cynthia Mackowiak ("Plaintiff") filed the Complaint in this action in the McDowell Mountain Justice Court, Maricopa County, State of Arizona, under Case No. CC-2016-199257RC, ("State Court Action"), against Defendants USAA Federal Savings Bank ("USAA"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union").  Plaintiff alleges that Defendants violated the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*

1

2.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3.      Trans Union was served with Plaintiff's Complaint on November 11, 2016. Experian was served with Plaintiff's Complaint on November 10, 2016.  USAA has not been served with Plaintiff's Complaint.  This Notice of Removal is within the thirty (30) day time period required by 28 U.S.C. §1446(b).

## B.  Grounds for Removal

4.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States.  Removal is thus proper because Plaintiff's claims present a federal question.  *Id.*  In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

## C.  Compliance with Procedural Requirements

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after the Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.      Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7.      Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the McDowell Mountain Justice Court, Maricopa County, State of Arizona, as required by 28 U.S.C. § 1446(d).

8.      Pursuant to 28 U.S.C. § 1446(a) and local rule 3.7, a copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as **Exhibit A**.

9.      Trial has not commenced in the McDowell Mountain Justice Court of the State of Arizona in and for the County of Maricopa.

10.     All Defendants that have been served upon the date filing of this Notice of Removal consent to the removal of this case.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.  The Consent in the Removal from USAA and Experian are attached hereto as **Exhibit B**.

WHEREFORE, Trans Union respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: December 2, 2016

Respectfully submitted,


By  /s/  Philip R. Wooten

Philip R. Wooten
Arizona State Bar No. 007006
philip.wooten@azbar.org
Philip R. Wooten PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
(480) 598-4330
(480) 598-4331 Fax
***Counsel for Trans Union LLC***

1

## <u>CERTIFICATE OF SERVICE</u>

2

3
This is to certify that a true and correct copy of the above and foregoing document

has been forwarded to the following on this the 2nd day of December, 2016 as follows:

4

5
Kevin F. McCarthy                      Jonathan A. Dessaules
Devan E. Michael                       Dessaules Law

6
<u>Devan.michael@mccarthylawyer.com</u>      5353 N. 16th Street, Suite 110
McCarthy Law PLLC                      Phoenix, AZ 85016

7
4250 N. Drinkwater Blvd., Suite 320    (602) 274-5400
Scottsdale, AZ 85251                   (602) 274-5401 Fax

8
(602) 456-8900                         <u>jdessaules@dessauleslaw.com</u>

9
***Counsel for Plaintiff***               ***Counsel for Experian Information***
                                       ***Solutions, Inc.***

10

11
                                       John Craiger
                                       Polsinelli P.C.

12
                                       1 East Washington St., Ste. 1200
                                       Phoenix, AZ 85004

13
                                       <u>jcraiger@polsinelli.com</u>

14
                                       ***Counsel for USAA Federal Savings***
                                       ***Bank***

15

16
                            By  /s/  Philip R. Wooten

17

18

19

20

21

22

23

24

25

26

27

28

4

# EXHIBIT A



*2366984*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ85009
602.258.8081
Fax#: 602.258.8864

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 15 AM 9: 13

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

**Certificate of Service**

Case No.:CC2016199257RC
Court Date: N/A
Judge:

CYNTHIA MACKOWIAK
Vs.
USAA FEDERAL SAVINGS BANK, EXPERIAN
INFORMATION SOLUTIONS, INC., AND TRANS
UNION, LLC

The undersigned certifies under penalty of perjury:That I am a private process server registered in Maricopa County and an officer of the court. On 11/10/2016 I received SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 ET SEQ.); EXHIBIT A-F; INITIAL DISCOVERY SET TO EXPERIAN INFORMATION SOLUTIONS, INC. from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served 1 copy(ies) of each document listed above upon: EXPERIAN INFORMATION SOLUTIONS, INC. BY SERVICE UPON ITS STATUTORY AGENT CT CORPORATION SYSTEM , by leaving with Scott Whaley , Customer service representative; stated authorized to accept, at 3800 NORTH CENTRAL AVENUE SUITE 460 in Phoenix, AZ85012 in MARICOPA County, on 11/10/2016 at 11:20 AM.

Description of Person Accepting Service:
Sex: Male Race: Hispanic Age: 35 Height: 5ft 10in Weight: 180 Hair: Brown

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 11, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| TOTAL: | $ | 55.00 |

Client Ref: Mackowiak.J.12.234
Client: McCarthy Law PLC

MICHAEL CANDELARIA, MC-8552          Affiant



*2366998*

EZ Messenger
2502 N. BLACK CANYON HIGHWAY
PHOENIX, AZ 85009
602.258.8081
Fax#: 602.258.8864

MCDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV 17  AM 9:07

In The MCDOWELL MOUNTAIN JUSTICE COURT
State of ARIZONA, County of MARICOPA

**Certificate of Service**

Case No.: CC2016199257RC
Court Date: N/A
Judge:

CYNTHIA MACKOWIAK
Vs.
USAA FEDERAL SAVINGS BANK, EXPERIAN
INFORMATION SOLUTIONS, INC., AND TRANS
UNION, LLC

The undersigned certifies under penalty of perjury: That I am a private process server registered in Maricopa County and an officer of the court. On 11/10/2016 I received SUMMONS; NOTICE TO THE DEFENDANT; COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. 1681 ET SEQ.); EXHIBIT A-F; INITIAL DISCOVERY SET TO TRANS UNION, LLC from McCarthy Law PLC and by Kevin Fallon McCarthy. In each instance I personally served 1 copy(ies) of each document listed above upon: TRANS UNION, LLC BY SERVICE UPON ITS STATUTORY AGENT PRENTICE-HALL CORP SYSTEM, by leaving with Josef Martin L. Patawaran, Service of process Coordinator, stated authorized to accept, at 2338 WEST ROYAL PALM ROAD STE J in Phoenix, AZ 85021 in MARICOPA County, on 11/11/2016 at 10:45 AM.

Description of Person Accepting Service:
Sex: Male Race: Asian Age: 22 Height: 5ft 6in Weight: 150 Hair: Black

Marriage Status: N/A

I declare, under penalty of perjury, that the foregoing is
true and correct. Executed on November 15, 2016

| | | |
|---|---|---|
| SERVICE OF PROCESS | $ | 55.00 |
| TOTAL: | $ | 55.00 |

Client Ref: Mackowiak.J.12.234
Client: McCarthy Law PLC

MICHAEL CANDELARIA, MC-8552          Affiant

**McCARTHY LAW PLC**

CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
Devan.michael@mccarthylawyer.com
Attorneys for Plaintiff(s)

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 NOV -3 AM 9: 05

☐ ORIGINAL

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
### 18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| CYNTHIA MACKOWIAK,<br>        Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK,<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., AND TRANS UNION, LLC,<br>        Defendants. | Case No.:<br>CC2016199257 RC<br><br>**COMPLAINT FOR VIOLATION OF<br>FAIR CREDIT REPORTING ACT (15<br>U.S.C. § 1681 et seq.)** |

COMES NOW Plaintiff, CYNTHIA MACKOWIAK ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendants above-named alleges as follows:

1.      That Plaintiff is, and was at all times hereinafter mentioned, a resident of Maricopa County, Arizona.

2.      That, on information and belief, Defendant USAA    Federal    Savings    Bank ("USAA"), is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was a federally chartered bank with their headquarters located at 10750 Mcdermott Freeway, San Antonio, Texas 78288.

3.      That, on information and belief, Defendant USAA is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

4.      That, on information and belief, Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460, PHOENIX, ARIZONA 85012.

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900

Mackowiak v. USAA FSB et al.                    1                    COMPLAINT

5.    That, on information and belief, Defendant EXPERIAN is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

6.    That, on information and belief, Defendant, TRANS UNION LLC, ("TRANS UNION"), is a credit reporting agency, as defined by FCRA § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

7.    That, on information and belief, Defendant TRANS UNION is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

8.    That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendants as they had the necessary minimum contacts with the State of Arizona.

9.    That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants, and has suffered particularized and concrete harm.

10.    That on October 7, 2013, USAA and Plaintiff reached an agreement to legally settle Plaintiff's account ending in xx4935 ("Account"). In the settlement offer, USAA explained that payment of $1,598.48 must be received no later than January 31, 2014. Exhibit A.

11.    On October 8, 2013 Plaintiff made one payment of $1,200.00. On October 30, 2013, Plaintiff made a second payment of $398.48. In total, Plaintiff paid $1,598.48 to USAA before January 31, 2014, and USAA accepted Plaintiff's payments for the settlement of the Account. Therefore, Plaintiff timely complied with the terms of the settlement offer. Exhibit B.

12.    On August 11, 2016, Plaintiff sent individual written disputes, with supportive documentation, to EXPERIAN and TRANS UNION (the "Defendant CRAs"), regarding the accuracy of the derogatory information reported by the Defendant CRAs. Exhibits C-D.

13.    That USAA is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies by continuing to report a balance on the Account, as defined by 15 U.S.C. § 1681a. Exhibits E-F.

14.    That the Defendant CRAs are willfully reporting derogatory and inaccurate information about Plaintiff to third-parties. Exhibits E-F.

Mackowiak v. USAA FSB et al.                    2                    COMPLAINT

15.     That Defendant USAA willfully failed to correct the inaccurate reporting of the Account to the Defendant CRAs in violation of 15 U.S.C. § 1681s-2 and to the detriment of the consumer Plaintiff. Exhibits E-F.

16.     That the Defendant CRAs have failed to correct the inaccurate reporting of the Account in violation of 15 U.S.C. § 1681i and to the detriment of the consumer Plaintiff. Exhibits E-F.

17.     That the Defendant CRAs, willfully failed to maintain reasonable procedures to assure maximum accuracy of the information contained in Plaintiff's credit report in violation of 15 U.S.C. § 1681e. Exhibits E-F.

18.     The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

19.     As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

**WHEREFORE**, Plaintiff seeks a reasonable and fair judgment against defendants for willful noncompliance of the Fair Credit Reporting Act and seeks her statutory remedies as defined by 15 U.S.C. § 1681n and demands:

1. Actual damages to be proven at trial, or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A), of not less than $100 and not more than $1,000 per violation;

2. Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

3. The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

4. Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 28th day of October, 2016.

MCCARTHY LAW, PLC

By: _____
Kevin Fallon McCarthy, Esq.
Devan E. Michael, Esq.
Attorneys for Plaintiff(s)

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Mackowiak v. USAA FSB et al.                    3                    COMPLAINT

# EXHIBIT A



USAA Federal Savings Bank
9800 Fredericksburg Road
San Antonio, Texas 78288


**To:** Cynthia A Mackowaik

**Fax**  6022184447

**From:** Hernandez, Aida (PL85396)
            1-800-531-2265

**Fax**

**Messages:**

Date and time of transmission:Monday, October 07, 2013 1:02:24 PM
Number of pages including this cover sheet:02

CONFIDENTIALITY NOTICE: The information contained in this facsimile transmission is CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, you are hereby notified that reading, copying, disclosing, or distributing this transmission is STRICTLY PROHIBITED. The sender does not waive and has not waived any applicable privilege by sending the accompanying transmission. If you have received this transmission in error, please notify the sender immediately by telephone, and we will arrange to have the transmission returned to the sender at no cost to you. Thank You.



**FEDERAL SAVINGS USAA BANK**
10750 McDermott Freeway
San Antonio, TX 78288-0544

October 7, 2013

ATTN: Attorney office
FAX: 602-218-4447

RE: Account ending in: xx4935
Balance: $2,664.13

Dear Mrs. Cynthia A Mackowaik    ,

This letter confirms USAA Savings Bank's (hereafter referred to as "USAA") offer to settle the above
referenced USAA credit card/loan account according to the terms and conditions described below.

1. USAA must receive total of $1,598.48 no later than January 31, 2014 at the address indicated on
   this letterhead.
2. The payment check or draft must not be returned to us unpaid for any reason.
3. Within 30 days after receipt of your payment, USAA will send a notice to the three major credit
   reporting agencies indicating the debt has been settled. USAA will request the agencies update
   their records accordingly. The payment history will continue to be reflected on the credit
   reporting agencies records.
4. If the conditions imposed on you in this letter are met USAA will forgive the remainder of the
   balance on the account.
5. By making the payment you indicate your agreement to the terms and conditions of this letter.
   You also agree to release USAA from any claims you have against USAA related to the Account
   subject to the terms and conditions outlined in this letter. USAA agrees to cease any further
   collection activity related to this Account.

NOTICE:  **THE INTERNAL REVENUE SERVICE REQUIRES FINANCIAL INSTITUTIONS TO FILE FORM A
FORM 1099-C (CANCELLATION OF DEBT) TO REPORT THE DISCHARGE OF INDEBTEDNESS OF
$600 OR MORE.**

Sincerely,

Recovery Department
800-531-2265 ext. 78386
USAA Credit Card

# EXHIBIT B

Document type : Paid Item Check                                    08/10/2016 11:37 AM



| Note | Tag | | Account Number | Serial Number | Amount |
|------|-----|-----------------|----------------|---------------|--------|
| Item Date | | Sequence Number | | | |
| No | No | | ▇▇▇▇▇▇▇▇ | | 1200.00 |
| 10/15/2013 | | ▇▇▇▇▇▇ | | | |

Document type : Paid Item Check                                     08/10/2016 11:37 AM

THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**Global Client Solutions, LLC Custodian**            Comerica Bank                      **201154792**
FBO James M. Mackowiak                                1717 Main St                       103013_162916
4500 South 129th East Ave, Suite 175                  Dallas, TX 75201
Tulsa, Ok 74134

                                                      32-75/1110               P11493185
                                                                               Date:    10/30/2013
                                                                               Amount: $** 398.48
Pay:  THREE HUNDRED NINETY-EIGHT AND 48 / 100 DOLLARS

                                        For:  acct ending in 4935
                                              Mackowiak Cynthia A
                                              acct ending in 4935

To The     USAA
Order      10750 McDermott Freeway
Of         San Antonio, TX US 78288

                                                      Authorized Signature
                                                      Questions: (877)503-6236
                                                      Void After 90 Days

| Note | Tag | Account Number | Serial Number | Amount |
|------|-----|----------------|---------------|--------|
| Item Date | Sequence Number | | | |
| No | No | | | 398.48 |
| 11/06/2013 | | | | |

Comerica Bank                                                          Page  1/1

# EXHIBIT C

Cynthia A. Mackowiak
7963 E. Plata Ave.
Mesa, AZ 85212

August 11, 2016

Experian
NCAC
PO Box 9701
Allen, TX 75013

Re: **Name: Cynthia A. Mackowiak**
    **Social Security #: ▮▮▮▮▮9678**
    **Date of Birth: ▮▮▮▮▮**
    **Report date: 07/15/2016**
    **Report #: 1896-0968-50**

To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item USAA Savings Bank account #▮▮▮▮▮▮4935 is incorrectly reporting a balance owed of $1,065.00. This is inaccurate as the account was settled and paid in full with USAA Savings Bank as of November 6, 2013. See cancelled checks enclosed. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.

Sincerely,

Cynthia A. Mackowiak


**Experian™**
A world of insight

☒ Close window

## Online Personal Credit Report from Experian for

| | |
|---|---|
| Experian credit report prepared for<br>**CYNTHIA MACKOWIAK**<br>Your report number is<br>**1896-0968-50**<br>Report date:<br>**07/15/2016** | **Index:**<br>- Contact us<br>- Potentially negative items<br>- Accounts in good standing<br>- Requests for your credit history<br>- Personal information<br>- Important message from Experian<br>- Know your rights |

🖶 Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                 back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

You may also submit additional relevant information or supporting documentation for your disputes electronically at experian.com/upload.

Be advised that written information or documents you provide with respect to your disputes may be shared with any and all creditors with which you are disputing.

## Potentially Negative Items or items for further review                    back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date. Paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

| Payment history legend |
|---|

7/15/2016                                   Experian - Printable Full Report

---

**USAA SAVINGS BANK**

| Address: | Account Number: |
|---|---|
| PO BOX 33009 | 37435501170.... |
| SAN ANTONIO, TX 78265 | |
| (800) 531-8722 | |

**Address Identification Number:**
0427358542

| Status: Account charged off. $2,684 written off. $465 past due as of Jun 2016. | Status Details: This account is scheduled to continue on record until Apr 2018. |
|---|---|

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2007 | Credit card | $2,684 |
| Reported Since: | Terms: | High Balance: |
| 08/2007 | NA | $2,684 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 01/2012 | $0 | $1,085 as of 06/2016 |
| Last Reported: | Responsibility: | Recent Payment: |
| 06/2016 | Individual | $0 |

**Your Statement:**

Account closed at consumer's request.

**Payment History:**

| 2016 | | | | | | 2015 | | | | | | | | | | | | 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2013 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CC | CO | CO | CO | CO | CO |

| FEB | JAN | 2012 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2011 DEC | NOV | OCT | SEP | AUG | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | ND | CO | 150 | 120 | 90 |

| JUN | MAY | APR | MAR | FEB | JAN | 2010 DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | 2009 DEC | NOV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLS | CLS | CLS | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| OCT | SEP | AUG | JUL |
|---|---|---|---|
| OK | OK | OK | OK |

**Account History:**
Charge Off as of Jun 2016, May 2016, Apr 2016, Mar 2016, Feb 2016, Jan 2016, Dec 2015, Nov 2015, Oct 2015, Sep 2015, Aug 2015, Jul 2015, Jun 2015, May 2015, Apr 2015, Mar 2015, Feb 2015, Jan 2015, Dec 2014, Nov 2014, Oct 2014, Sep 2014, Aug 2014, Jul 2014, Jun 2014, May 2014, Apr 2014, Mar 2014, Feb 2014, Jan 2014, Dec 2013, Nov 2013, Oct 2013, Sep 2013, Aug 2013, Jul 2013, Jun 2013, May 2013, Apr 2013, Mar 2013, Feb 2013, Jan 2013, Dec 2012, Nov 2012, Oct 2012, Aug 2012, Jul 2012, Jun 2012, May 2012, Apr 2
180 days past due as of Dec 2011
150 days past due as of Nov 2011
120 days past due as of Oct 2011
90 days past due as of Sep 2011
60 days past due as of Aug 2011
30 days past due as of Jul 2011

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
May 2016: $1,085 / November 6, 2013 / no data / no data
Apr 2016: $1,085 / November 6, 2013 / no data / no data
Mar 2016: $1,085 / November 6, 2013 / no data / no data
Feb 2016: $1,085 / November 6, 2013 / no data / no data
Jan 2016: $1,085 / November 6, 2013 / no data / no data
Dec 2015: $1,085 / November 6, 2013 / no data / no data
Nov 2015: $1,085 / November 6, 2013 / no data / no data
Oct 2015: $1,085 / November 6, 2013 / no data / no data
Sep 2015: $1,085 / November 6, 2013 / no data / no data
Aug 2015: $1,085 / November 6, 2013 / no data / no data
Jul 2015: $1,085 / November 6, 2013 / no data / no data
Jun 2015: $1,085 / November 6, 2013 / no data / no data
May 2015: $1,085 / November 6, 2013 / no data / no data
Apr 2015: $1,085 / November 6, 2013 / no data / no data
Mar 2015: $1,085 / November 6, 2013 / no data / no data

Feb 2015: $1,065 / November 6, 2013 / no data / no data
Jan 2015: $1,065 / November 6, 2013 / no data / no data
Dec 2014: $1,065 / November 6, 2013 / no data / no data
Nov 2014: $1,065 / November 6, 2013 / no data / no data
Oct 2014: $1,085 / November 6, 2013 / no data / no data
Sep 2014: $1,065 / November 6, 2013 / no data / no data
Aug 2014: $1,065 / November 6, 2013 / no data / no data
Jul 2014: $1,065 / November 6, 2013 / no data / no data

Between Jul 2014 and May 2016, your credit limit/high balance
was $2,664



**Document type : Paid Item Check**                                08/10/2016 11:37 AM



THIS ITEM IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian          Comerica Bank                        201154792
FBO James M. Mackowiak                          1717 Main St                         103213_103910
4500 South 129th East Ave, Suite 175            Dallas, TX 75201
Tulsa, Ok 74134

                                                32-76/1110               P11493185
                                                                         Date:    10/30/2013
                                                                         Amount: $** 398.48

Pay:  THREE HUNDRED NINETY-EIGHT AND 48 / 100 DOLLARS

                                        For:   acct ending in 4935
                                               Mackowiak Cynthia A
                                               acct ending in 4935

To The      USAA
Order       10750 McDermott Freeway
Of          San Antonio, TX US 78288                       Authorized Signature
                                                           Questions: (877)303-0230
                                                           Void After 90 Days

| Note | Tag | Account Number | Serial Number | Amount |
|------|-----|----------------|---------------|--------|
| Item Date | Sequence Number | | | |
| No | No | | | 398.48 |
| 11/08/2013 | | | | |

**Document type : Paid Item Check**                                                08/10/2016 11:37 AM



THIS CHECK IS VOID WITHOUT A GREEN & BLUE BORDER AND BACKGROUND PLUS A KNIGHT & FINGERPRINT WATERMARK ON THE BACK · HOLD AT ANGLE TO VIEW

Global Client Solutions, LLC Custodian
FBO James M. Mackowiak
4500 South 129th East Ave, Suite 175
Tulsa, Ok 74134

Comerica Bank
1717 Main St
Dallas, TX 75201

201145263
100313_151920

32-76/1110

P11493164
Date:    10/08/2013
Amount: $** 1,200.00

Pay:  ONE THOUSAND TWO HUNDRED AND XX / 100 DOLLARS

For:   acct ending in 4935
       Mackowiak Cynthia A
       acct ending in 4935

To The
Order
Of

USAA
10750 McDermott Freeway
San Antonio, TX US 78288

Authorized Signature
Questions: (877)503-0236
Void After 90 Days

| Note | Tag | Account Number | Serial Number | Amount |
|------|-----|----------------|---------------|--------|
| Item Date | Sequence Number | | | |
| No | No | | | 1200.00 |
| 10/15/2013 | | | | |

Comerica Bank                                                                      Page  1/1

# EXHIBIT D

Cynthia A. Mackowiak
7963 E. Plata Ave.
Mesa, AZ 85212


August 11, 2016


Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000


Re:   Name: Cynthia A. Mackowiak
      Social Security #: ██████-9678
      Date of Birth: ██████████
      Report date: 07/25/2016
      File #: 332228885


To Whom It May Concern,

I am writing to dispute the following information in my file. I have attached the items I dispute on the enclosed copy of the credit report I received.

This item USAA Savings Bank account # ████████4935 is incorrectly reporting a balance owed of $1,065.00.  This is inaccurate as the account was settled and paid in full with USAA Savings Bank as of November 6, 2013.  See cancelled checks enclosed. I am requesting that the item be corrected to reflect a zero balance owed.

Please investigate this matter and correct the disputed item as soon as possible.


Sincerely,

Cynthia A. Mackowiak

*** 332228885-003 ***
P.O. Box 2000
Chester, PA 19016-2000

[barcode]

07/25/2016

TransUnion.

Find an inaccuracy on your report?
Submit your dispute online at:
http://transunion.com/disputeonline

P5X07900203013-I039631-022210761 - S3
[barcode]
CYNTHIA A. NASH
7963 E PLATA AVE
MESA, AZ 85212-1534

Enclosed is the TransUnion Personal Credit Report that you requested. As a trusted leader in the consumer credit information industry, TransUnion takes the accuracy of your credit information very seriously. We are committed to providing the complete and reliable credit information that you need to participate in everyday transactions and purchases.

If you believe an item of information to be incomplete or inaccurate, please alert us immediately. We will investigate the data and notify you of the results of our investigation.

To make it easier to request an investigation, you can now submit your request online, 24 hours a day, 7 days a week. You must have an active email address to use the online service. Please note that your email address will only be used for communicating with you regarding your request and the results of our investigation. Your email address will not be shared with any non-TransUnion entities.

To submit an online request for investigation:

Step 1. Go to the TransUnion online investigation service at http://transunion.com/disputeonline
Step 2. Follow the instructions provided by the web site.

Once submitted, you will receive online confirmation of your request. You will also be notified by email when we complete our investigation and your results will be available online. You can check the status of your investigation online by logging into your account.

Thank you for helping ensure the accuracy of your credit information.

TransUnion Consumer Relations

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

P 5X079-002 03013-I039631 01/16

File Number:  332228885
Date Issued:  07/25/2016

Page: 1 of 11


TransUnion.

-Begin Credit Report-

## Personal Information

SSN: XXX-XX-9678

You have been on our files since 10/01/1984

Date of Birth: █████████

**Names Reported:** CYNTHIA A. NASH, CYNTHIA A. MACKIOWIAK, and CYNTHIA A. MACKOWIAK

## Addresses Reported:

Address

██████████████████████████████████████████████████████████████████

███████, PHOENIX, AZ 85054-5479          03/11/2012

## Telephone Numbers Reported:

████████████████████████████████████████████

## Employment Data Reported:

Employer Name

████████████████████████████████

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

CBC   ACCOUNT CLOSED BY CONSUMER          CBG   CLOSED BY CREDIT GRANTOR

P 5X079-002 03013-J039633 03/16

USAA SAVING BANK #3743550170**** (10750 MCDERMOTT, SAN ANTONIO, TX 78288, (800) 922-9092)

| | | | |
|---|---|---|---|
| Date Opened: 05/17/2007 | Date Updated: 07/14/2016 | Original Charge-off: $2,664 | |
| Account Type: Individual Account | Last Payment Made: 11/06/2013 | Pay Status: >Charged Off< | Terms: Paid Monthly |
| Responsibility: Revolving Account | | | Date Closed: 04/08/2011 |
| Loan Type: CREDIT CARD | | | Maximum Delinquency of 120 days in 09/2011 and in 11/2011 |

High Balance: High balance of $2,664 from 01/2014 to 07/2016
Credit Limit: Credit limit of $2,500 from 01/2014 to 07/2016
Estimated month and year that this item will be removed: 05/2018

| | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | | | | | | | |
| Remarks | | | | | | | | | | | | |
| Rating | | | | | | | | | | | | |

| | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | | | | | | | |
| Remarks | | | | | | | | | | | | |
| Rating | | | | | | | | | | | | |

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 | $1,065 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | | | | | | | | | |
| Remarks | | | | | | | | | | | | |
| Rating | | | | | | | | | | | | |

| | 07/2013 06/2013 05/2013 04/2013 03/2013 02/2013 01/2013 12/2012 11/2012 10/2012 09/2012 08/2012 07/2012 06/2012 05/2012 04/2012 |
|---|---|
| Rating | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |

| | 03/2012 02/2012 01/2012 12/2011 11/2011 10/2011 09/2011 08/2011 07/2011 06/2011 05/2011 04/2011 03/2011 02/2011 01/2011 12/2010 |
|---|---|
| Rating | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |

| | 11/2010 10/2009 10/2009 11/2009 12/2009 01/2010 02/2010 03/2010 04/2010 05/2010 06/2010 07/2010 08/2010 09/2010 10/2010 |
|---|---|
| Rating | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |

**Document type : Paid Item Check**                                   08/10/2016 11:37 AM



| Note | Tag | Account Number | Serial Number | Amount |
|------|-----|----------------|---------------|--------|
| Item Date | Sequence Number | | | |
| No | No | | | 398.48 |
| 11/08/2013 | | | | |

**Document type : Paid Item Check**                                08/10/2016 11:37 AM



| Note<br>Item Date | Tag<br>Sequence Number | Account Number | Serial Number | Amount |
|---|---|---|---|---|
| No<br>10/15/2013 | No | | | 1200.00 |

# EXHIBIT E


**Experian**
A world of insight.

Prepared for: CYNTHIA A. MACKOWIAK
Date: September 08, 2016
Report number: 3374-4566-90
*Page 1 of 16*

## Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are on the following page. If an item disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation. If an item says "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says "Remains," it means the company that reports the information to us has certified it is reported accurately. If an item says "Updated," you should look at the item carefully to see whether you believe it is now accurate. Sometimes the updated information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate.

If our reinvestigation has not resolved your dispute, you have several options:

- You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

- You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

- You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

- You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0138050347

PO Box 9701
Allen, TX 75013

0001965-00 AB0396 **AUTO   5 2 7716 85017-151463   C02 P01944
CYNTHIA A MACKOWIAK
7963 E PLATA AVE
MESA AZ 85212-1534

0139050347



Prepared for: CYNTHIA A MACKOWIAK
Date: September 08, 2016.
Report number: 3374-4566-90
*Page 2 of 16*

**Experian**
A world of insight

**How to read your results**

Deleted - This item was removed from your credit report

Remains - This item was not changed as a result of our processing of your dispute

Updated - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

Processed - This item was either updated or deleted; review this report to learn its outcome

**Results**

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| USAA SAVINGS BANK 37435501170.... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time.

0139050347


**Experian**
A world of insight

Prepared for: CYNTHIA A MACKOWIAK
Date: September 08, 2016
Report number: 3374-4566-90

*Page 5 of 16*



| USAA SAVINGS BANK | Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|---|
| PO BOX 33009 | May 2007 | Credit card | original amount | $1,065 as of Sep | Individual |
| SAN ANTONIO TX 78265 | First reported | Terms | $2,664 | 2016 | Status |
| Phone number | Sep 2009 | Not reported | High balance | | Account charged off. $2,664 written off. $495 past due as of |
| (800) 531 8722 | Date of status | Monthly | $2,664 | | Sep 2016. |
| Partial account number | Dec 2011 | payment | | | This account is scheduled to continue on record until Mar |
| 37435501170 | | Not reported | | | 2018. |
| Address identification number | | | | | Comment |
| 0427356542 | | | | | Account previously in dispute - investigation complete, |
| | | | | | reported by data furnisher |
| | | | | | This item was updated from our processing of your dispute in |
| | | | | | Sep 2016. |

Payment history

| 2016 | | | | | | | | | | | | 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| CO | ND | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |

| 2012 | | | | | | | | | | | | 2011 | | | | | | | | | | | | 2010 | | | | | | | | | | | | 2009 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | 180 | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

0139050347



Prepared for: CYNTHIA A MACKOWIAK
Date: September 08, 2016
Report number: 3374-4566-90
Page 6 of 16

**Experian**
A world of insight

Your accounts that may be considered negative (continued)

*Account history* If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Jul16 | Jun16 | May16 | Apr16 | Mar16 | Feb16 | Jan16 | Dec15 | Nov15 | Oct15 | Sep15 | Aug15 | Jul15 | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAL | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,085 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 | 1,065 |
| PMT | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 | Nov06 |
| | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sched | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Sep 2014 and Jul 2016, your credit limit/high balance was $2,664.*



# EXHIBIT F

TransUnion ⓜ                    09/10/2016

33327888S-006 •••
P.O. Box 2000
Chester, PA 19016-2000

P62TXF002O14301009791-0245798672

CYNTHIA A. NASH
7963 E PLATA AVE
MESA, AZ 85212-1534



**TransUnion requests your feedback. Please take this brief anonymous survey and tell us how we are doing.**
**www.TUCares.com**

Our investigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our investigation. If an item says, "Deleted," we have removed it from your credit report and taken steps so it does not reappear. If an item says, "Verified, no change," it means the company that reports the information to us has certified it is reported accurately. If an item says, "New Information Below," you should look at the item carefully to see whether you believe it is now accurate. Sometimes the new information reflects only a change to a balance or date, because the company that reports that item to us has certified that the rest of the information is accurate. If our investigation has not resolved your dispute, you have several options:

• You may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

• You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

• You may provide us additional information or documents about your dispute to help us resolve it by visiting www.transunion.com/dispute and indicating you are filing a repeat dispute. You will be prompted to add additional information you feel is relevant to your dispute as well as upload supporting documentation.

• You may file a complaint about TransUnion, or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a more detailed description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

·P 627XF-002 01430-1009791 01/08

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|



USAA SAVING BANK
10750 MCDERMOTT
SAN ANTONIO, TX 78288
(800) 922-9092

# 37435501170****

NEW INFORMATION BELOW

# TransUnion Personal Credit Score

CYNTHIA A. NASH



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br><br>Created on<br>09/10/2016 | 990<br>900<br>800<br>700<br>600<br>501<br><br>Unavailable<br>(See Below) | 100%<br>50%<br>0%<br><br>Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than _% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information concerning Your TransUnion Credit Report

• For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

• One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added brackets or shading to those items in this report.

**USAA SAVING BANK #374355011170****** (10750 MCDERMOTT, SAN ANTONIO, TX 78288, (800) 922-9092)

| | |
|---|---|
| Date Opened: | 05/17/2007 |
| Responsibility: | Individual Account |
| Account Type: | Revolving Account |
| Loan Type: | CREDIT CARD |

| | |
|---|---|
| Balance: | $1,065 |
| Date Updated: | 08/14/2016 |
| Last Payment Made: | 11/06/2013 |
| High Balance: | $2,664 |
| Credit Limit: | $2,500 |
| Past Due: | $4,954 |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 04/08/2011 |
| >Maximum Delinquency of 120 days in 09/2011 and in 11/2011< | |

Remarks: ACCT INFO DISPUTED BY CONSUMER; >UNPAID BALANCE CHARGED OFF<

Estimated month and year that this item will be removed: 05/2018

| 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| 03/2012 | 01/2012 | 12/2011 | 11/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | OK | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK |

| 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

- End of investigation results -

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

-End of Credit Report-

P 62TXF-002 01430-A009795 05/08

# EXHIBIT B

1  Philip R. Wooten
2  philip.wooten@azbar.org
   Philip R. Wooten PC
3  3413 E. Equestrian Trail
   Arizona State Bar No. 007006
4  Phoenix, AZ 85044-3403
5  (480) 598-4330
   (480) 598-4331 Fax
6  *Counsel for Trans Union LLC*

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE DISTRICT OF ARIZONA

10  CYNTHIA MACKOWIAK,                    | Case No.

11                Plaintiff,

12  v.                                    | **CONSENT TO REMOVAL OF
                                          | DEFENDANT EXPERIAN
13  USAA FEDERAL SAVINGS BANK             | INFORMATION SOLUTIONS, INC.**
    EXPERIAN INFORMATION
14  SOLUTIONS, INC.,
15  AND TRANS UNION LLC,
                  Defendants.
16

17         Without waiving any of its defenses or any other rights, Defendant Experian

18  Information Solutions, Inc. hereby consents to the Notice of Removal of this action from

19  the McDowell Mountain Justice Court, Maricopa County, State of Arizona, wherein it is

20  now pending, to the United States District Court for the District of Arizona, Phoenix

21  Division.   Removal is proper for the reasons stated in Defendant Trans Union LLC's

22  Notice of Removal.  Defendant Experian Information Solutions, Inc. first received a copy

23  of the Summons and Complaint, the initial pleading setting forth the claim for relief upon

24  which this action is based, on November 10, 2016.

25

26

27

28

8491477.1/SP/83057/2563/113016 4079649.1/SP/83057/1280/062212                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

Jonathan A. Dessaules, Esq.
DESSAULES LAW
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
Telephone:   602.274.5400
Fax:   602.274.5401
jdessaules@dessauleslaw.com

***Counsel for Experian Information Solutions, Inc.***

2

1   Philip R. Wooten
2   philip.wooten@azbar.org
    Philip R. Wooten PC
3   3413 E. Equestrian Trail
    Arizona State Bar No. 007006
4   Phoenix, AZ 85044-3403
5   (480) 598-4330
    (480) 598-4331 Fax
6   *Counsel for Trans Union LLC*

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                        **FOR THE DISTRICT OF ARIZONA**

10  CYNTHIA MACKOWIAK,                     Case No.

11              Plaintiff,

12  v.                                     **CONSENT TO REMOVAL OF
                                           DEFENDANT USAA FEDERAL
13  USAA FEDERAL SAVINGS BANK              SAVINGS BANK**
    EXPERIAN INFORMATION
14  SOLUTIONS, INC.,
    AND TRANS UNION LLC,
15
16              Defendants.

17          Without waiving any of its defenses or any other rights, Defendant USAA Federal

18  Savings Bank hereby consents to the Notice of Removal of this action from the

19  McDowell Mountain Justice Court, Maricopa County, State of Arizona, wherein it is now

20  pending, to the United States District Court for the District of Arizona, Phoenix Division.

21  Removal is proper for the reasons stated in Defendant Trans Union LLC's Notice of

22  Removal.  Defendant USAA Federal Savings Bank has not been served.  It first received

23  a copy of the Summons and Complaint, the initial pleading setting forth the claim for

24  relief upon which this action is based, on November 29, 2016.

25

26

27

28

8491482.1/SP/83057/2563/113016 4079649.1/SP/83057/1280/062212                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

John S. Craiger (#021731)
jcraiger@polsinelli.com
**POLSINELLI PC**
CityScape
One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Phone: (602) 650-2000
Fax: (602) 264-7033

*Attorneys for Defendant USAA Federal Savings
Bank*