# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Mackowiak,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA Federal Savings Bank, et al.,<br><br>　　　　Defendants. | No. CV-16-04179-PHX-DLR<br><br>**ORDER** |

The Court has reviewed Plaintiff's Motion to Dismiss Defendant Experian Information Solutions, Inc. with Prejudice. (Doc. 42.) For good cause shown,

**IT IS ORDERED** that this action is dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only, with each party to bear its own attorneys' fees and costs.

Dated this 13th day of April, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Douglas L. Rayes
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge